HANSELL ET AL. *v.* DOUGLASS ET AL.

No. 586. Decided January 6, 1964.

*Ervin W. Potter* for appellants.

*Howard A. Rankin* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL UNION, PROGRESSIVE MINE WORKERS OF AMERICA, ET AL.

No. 597. Decided January 6, 1964.

*Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner.

*G. William Horsley* for respondents.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment is reversed. *Labor Board* v. *Katz,* 369 U. S. 736; *Franks Bros. Co.* v. *Labor Board,* 321 U. S. 702; *Labor Board* v. *P. Lorillard Co.,* 314 U. S. 512.